IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**STARQUINESHIA PALMER,**

   *Petitioner*,

v.                                      Case No.: 4:20cv130-MW/MAF

**MARK INCH, Secretary
Department of Corrections,**

   *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's § 2254 petition is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

SO ORDERED on March 4, 2021.

                                              s/Mark E. Walker         
                                              **Chief United States District Judge**